IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02928-BNB

MURPHY MILES, JR.,

    Applicant,

v.

NO RESPONDENT NAMED,

    Respondent.

## ORDER OF DISMISSAL

    Applicant, Murphy Miles, Jr., is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the correctional facility in Limon, Colorado. On November 9, 2011, he submitted to the Court *pro se* the $5.00 filing fee and a letter stating his intention to file a habeas corpus action. *See* ECF Nos. 1 and 2. The Court reviewed the letter, determined it was deficient, and determined that Mr. Miles did not indicate whether he was challenging the validity of his conviction, in which case he should file his claims on the Court-approved form used in a filing a 28 U.S.C. § 2254 action, or the execution of his sentence, in which case he should file his claims on a Court-approved form used in filing a 28 U.S.C. § 2241 action.

    Therefore, on November 18, 2011, the Court entered an order to cure that directed Mr. Miles to obtain the appropriate Court-approved form and applicable instructions at www.cod.uscourts.gov if he wished to pursue his claims. The November

18 order warned Mr. Miles that, if he failed to cure the designated deficiency within thirty days, the action would be dismissed without prejudice and without further notice.

On December 5, 2011, Mr. Miles submitted five documents, *see* ECF Nos. 6-9, none of which cured the designated deficiency.  Therefore, the action will be dismissed without prejudice for Mr. Miles' failure to cure the deficiency designated in the November 18 order to cure.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  **See *Coppedge v. United States***, 369 U.S. 438 (1962).  If Mr. Miles files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Murphy Miles, Jr., within the time allowed, to cure the deficiency designated in the order to cure of November 18, 2011.  It is

FURTHER ORDERED that any pending motions are denied as moot.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this  5th  day of    January       , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court